**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARLES OAKLEY and
CREAH DEMPS,

    Plaintiffs,

v.                                                Case No. 8:10-cv-1725-T-30EAJ

STRAYER UNIVERSITY, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #27). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice, with each party to bear their own costs and fees.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 3, 2011.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1725.dismiss 27.wpd